# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY MICHAEL HUTCHINSON,** | : | |
| Plaintiff | : | |
| | : | No. 1:19-cv-541 |
| v. | : | |
| | : | (Judge Rambo) |
| **DEPARTMENT OF HOMELAND SECURITY,** | : | (Magistrate Judge Carlson) |
| Defendant | : | |

## ORDER

**AND NOW**, on this 12th day of March 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff's objection (Doc. No. 13) to Magistrate Judge Carlson's participation in the above-captioned case is **OVERRULED**;

2. Magistrate Judge Carlson's Report and Recommendation (Doc. No. 12) is **ADOPTED**;

3. Defendant's motion to dismiss for lack of jurisdiction (Doc. No. 7) is **GRANTED**;

4. Plaintiff's complaint (Doc. No. 1) is **DISMISSED** for lack of jurisdiction; and

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge